(Rev. 12/8/2020)



RECEIVED
NOV 12 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
____madison____ DIVISION

____Victor D Batton____      Civil Action No. _____ SEC. P
Plaintiff

Prisoner # __569538__

VS.                          Judge _____

____Bayou Correctional Facility____      Magistrate Judge _____
Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I. **Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes _____ No ___✓___

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2. Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: _____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

(Rev. 12/8/2020)

    c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

        Yes \_\_\_\_\_    No ✓

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.    a.    **Name of institution and address of current place of confinement:**

*Bayou Correctional Facility Center*

    b.    Is there a prison grievance procedure in this institution?

        Yes \_\_\_\_\_    No ✓

        1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

            Yes \_\_\_\_\_    No ✓

        2.    If you did not file an administrative grievance, explain why you have not done so.

*anytime I try to file anything like this; the "computers are down"; tablets "don't work"; or "paperwork lost"*

        3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    **Parties to Current Lawsuit:**

    a.    Plaintiff, *Bayou Correctional Facility Center*

        Address    *196 Old Highway 65 South, Tallulah, LA 71282*

(Rev. 12/8/2020)

b. Defendant, _____, is employed as
_____ at _____.

Defendant, _____, is employed as
_____ at _____.

Defendant, _____, is employed as
_____ at _____.

Additional defendants, _____
_____

IV. **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

See attached write up. and attached "Statement of Incident"

V. **Relief**

(Rev. 12/8/2020)

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Transfer to proper facility to Rehabilitate and tend to my medical needs; file for Restitution and get disability for my now disability, dismiss current warden and medical staff for negligence and hold legally liable.

### VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 30 day of October, 20 21.

569538

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

**Signature of Plaintiff**

Page 4 of 4

Dorm: Bravo

"Statement of Incident"     06/06/2021  2:02 am

On the above date and time, I Victor Bolton was in Bravo dorm with DeKaylane Anderson (Pre Trail) arm wrestling in the dayroom area when I heard a loud pop and I saw my arm snapp. Capt. Brown was called to Bravo dorm by Cpl. Drake because I was seen grabbing my right arm. I was escorted to the Hallway after they reviewed the camera they put me in handcuffs which cause more pain. I was escorted to Madison Parish Hospital by Sgt. Turner.

<u>note:</u> I did not get the proper medical attention as needed. I am submitting this complaint because of the overall neglegence of the current Correctional Facility, that houses me; in addition to the lack of urgency or care in the way they have handled the medical emergecey that overall resulted in my disability. Below I have Bulletted Key factors in why such submisson is taking place and concerns that should be addressed.

- lack of staff involvement in fight prevention
- Neglegency on sence of urgency to medical emergencies; thinking we are always faking.
- Unquelified medical staff / always on call
- lack of emergency awareness in cell
- Unwillingness to handle personal safety (ran like a gladiator camp)
- Retalliation to submission about other staff.
- Unwilling to transfer to other dorms/facility
- Inconsistant physical therapy visits
- lack of following my Civil Rights includen Hippa.

These are just some of the issues and would love to have the chance to speak to someone in person about this because it is known that they read and filter all incoming and outgoing mail; they have no reguard for legal mail at all.